Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 11–41413–MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carmen Lawrence Aiello
aka Larry Aiello, aka Lawrence Aiello
330 US Highway 46
Great Meadows, NJ 07838–2042

Madeline Marion Aiello
aka Madeline Aiello
330 US Highway 46
Great Meadows, NJ 07838–2042

Social Security No.:
  xxx–xx–5617                              xxx–xx–0030

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:      12/27/11
Time:      09:30 AM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 1, 2011
JJW: ywh

                                              James J. Waldron
                                             Clerk, U. S. Bankruptcy Court