**Jonathan Stone, Esq./JS 2773**
490 Schooley's Mountain Road – 3A
Hackettstown, NJ 07840
(908) 979-9919
Attorney for Debtor(s)

| | |
|---|---|
| In re:<br>**Carmen and Madeline Aiello**<br>Debtor(s). | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>THE HONORABLE<br><br>Chapter 13<br><br>Case No.  11-41413 (MBK) |

## CERTIFICATION OF SERVICE OF CHAPTER 13 PLAN

I, **Jonathan Stone**, an attorney for Carmen and Madeline Aiello in the above captioned matter, certify that on this 2 November 2011, I mailed by regular mail, in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Hastings Commons, Hackettstown (Washington Township), New Jersey, a copy of the annexed Chapter 13 plan and the enclosed D.N.J. Local Form 22 (Form Chapter 13 Transmittal Letter) to the addresses indicated below:

Bank Of America Home Loans
Attn:  Managing Agent or President
Po Box 5170
Simi Valley, CA 93062-5170

Bank of America Mortgage, Inc.
Kenneth D. Lewis
100 North Tryon Street
Charlotte, NC 28255

Bank of America Mortgage, Inc.
Attn: BK Department, Managing Agent
100 North Tryon Street
Charlotte, NC 28255

Fulton Bank of New Jersey
Attn: Managing Agent or President
176 Mountain Avenue
Hackettstown, NJ 07840

US Small Business Administration
Attn: Managing Agent or President
Little Rock Servicing Center
2120 Riverfront Drive
Little Rock, AR 72202

      I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

DATED: November 2, 2011           /s/ *Jonathan Stone*
                                    Jonathan Stone, Esq.
                                    Attorney for Debtor(s)