**D.N.J. LOCAL FORM 22**               <u>**CHAPTER 13 PLAN TRANSMITTAL LETTER**</u>

Second Notice to Creditors affected by Motions in Chapter 13 Plans:

    You should have previously received from the court a copy of the plan proposed by the Debtor and a Notice of the Hearing on Confirmation.

    The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again because **the plan contains motions that may affect your interest adversely**. All forms of relief sought by motion appear in Article 6 of the plan.

    The Confirmation Hearing has been scheduled for _____. **Objections** to any relief sought in the plan, including relief sought by motion, **must be filed seven days prior to the Confirmation Hearing.**

    YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN

*Last revised 2/14/03*