**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 11−41413−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Carmen Lawrence Aiello                         Madeline Marion Aiello
   aka Larry Aiello, aka Lawrence Aiello          aka Madeline Aiello
   330 US Highway 46                              330 US Highway 46
   Great Meadows, NJ 07838−2042                   Great Meadows, NJ 07838−2042

Social Security No.:
   xxx−xx−5617                                    xxx−xx−0030

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:              12/27/11
Time:              09:30 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 1, 2011
JJW: ywh

                                        James J. Waldron
                                        Clerk, U. S. Bankruptcy Court

```
                            United States Bankruptcy Court
                               District of New Jersey
In re:                                                         Case No. 11-41413-MBK
Carmen Lawrence Aiello                                         Chapter 13
Madeline Marion Aiello
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: yhall               Page 1 of 3           Date Rcvd: Nov 01, 2011
                              Form ID: 132              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2011.
db/jdb        Carmen Lawrence Aiello,   Madeline Marion Aiello,   330 US Highway 46,
               Great Meadows, NJ 07838-2042
smg          +U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2523
512485982    +All-American Custom Cycles, LLC,   330A Route 46,   Great Meadows, NJ 07838-2042
512485984     Bank Of America Home Loans,   Po Box 5170,   Simi Valley, CA 93062-5170
512485983     Bank of America,   PO Box 15026,   Wilmington, DE 19886-5726
512485985    +Bank of America Mortgage, Inc.,   Kenneth D. Lewis,   100 North Tryon Street,
               Charlotte, NC 28255-0001
512485986    +Bank of America Mortgage, Inc.,   Attn: BK Department,   100 North Tryon Street,
               Charlotte, NC 28255-0001
512485989   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,   Po Box 85520,   Richmond, VA 23285)
512485987    +Capital One,   15000 Capital One Drive,   Richmond, VA 23238-1119
512485988    +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
512485990    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
512485992    +ChexSystems,   7805 Hudson Road,   Suite 100,   Woodbury, MN 55125-1703
512485993    +Creditors Financial Group LLC,   3131 South Vaughn Way Suite 110,   Aurora, CO 80014-3501
512485994    +Englewood Hospital and Medical Center,   350 Engle Street,   Newark, NJ 07189-0001
512485995    +Equifax Credit Information Services, Inc,   PO Box 740241,   Atlanta, GA 30374-0241
512485996    +Experian,   4 Gatehill Drive,   3rd Floor,   Parsippany, NJ 07054-4522
512485997    +Fulton Bank of New Jersey,   176 Mountain Avenue,   Hackettstown, NJ 07840-2412
512485999    +Goldman & Warshaw, PC,   34 Maple Avenue Suite 101,   Pine Brook, NJ 07058-9394
512486000    +Hackettstown Community Hospital,   651 Willow Grove Street,   Hackettstown, NJ 07840-1798
512486002    +Hackettstown Regional Medical Center,   PO Box 864,   Mahwah, NJ 07430-0864
512486001     Hackettstown Regional Medical Center,   651 Willow Street,   Hackettstown, NJ 07840
512486004     Home Depot Credit Services,   PO Box 653000,   Dallas, TX 75265-3000
512486005    +Keith Aiello,   22 Cemetary Road,   Great Meadows, NJ 07838-2013
512486006    +Melanie R. Carrunchio,   330 US Highway 46,   Great Meadows, NJ 07838-2042
512486007    +Nissan Motor Acceptance Corporation,   1301 Route 23 South,   Butler, NJ 07405-1727
512486008     Nissan Motor Finance Corporation,   PO Box 17123,   Baltimore, MD 21297-1123
512486010   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502)
512486009   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541)
512486011   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 12914,
               Norfolk, VA 23541)
512486012    +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
512486013    +Ryan Aiello,   330 US Hwy 46,   Great Meadows, NJ 07838-2042
512486014    +Teresa Aiello,   22 Cemetary Road,   Great Meadows, NJ 07838-2013
512486015    +Transunion,   2 Baldwin Place,   PO Box 2000,   Chester, PA 19016-2000
512486018     Vistana Cascades Condominium Association,   PO Box 105120,   Atlanta, GA 30348-5120
512486017     Vistana Cascades Condominium Association,   PO Box 22051,   Lake Buena Vista, FL 32830-2051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2011 22:21:12     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
512485998    +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2011 00:46:19     Gemb/qvc,   Po Box 965005,
               Orlando, FL 32896-5005
512486016    +E-mail/Text: pdeling@sba.gov Nov 01 2011 22:19:41     US Small Business Administration,
               Little Rock Servicing Center,   2120 Riverfront Drive,   Little Rock, AR 72202-1794
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512485991*    Chase,   PO Box 15298,   Wilmington, DE 19850-5298
512486003*   +Hackettstown Regional Medical Center,   P.O. Box 864,   Mahwah, NJ 07430-0864
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: yhall              Page 2 of 3              Date Rcvd: Nov 01, 2011
                              Form ID: 132             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 03, 2011**                **Signature:** _Joseph Speetjens_

```
District/off: 0312-3          User: yhall              Page 3 of 3            Date Rcvd: Nov 01, 2011
                              Form ID: 132             Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2011 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Jonathan   Stone   on behalf of Debtor Carmen Aiello court@jonstonelaw.com,   cmecf4@gmail.com
                                                                                                                     TOTAL: 2