**Stern Lavinthal Frankenberg & Norgaard LLC**
184 Grand Avenue
Englewood, New Jersey 07631-3507
Telephone Number (201) 871-1333
Telecopier Number (201) 871-3161
Attorneys for Secured Creditor,
**THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-45T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-45T1**
By: Gary K. Norgaard, Esq.(GN 9243)

| | |
|---|---|
| In Re:<br><br>**CARMEN LAWRENCE AIELLO and MADELINE MARION AIELLO**<br><br>Debtor(s). | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 13<br><br>Case No. 11-41413(MBK) |

**CERTIFICATION OF SERVICE**

The undersigned hereby represents and certifies that he is employed by the firm of **Stern Lavinthal Frankenberg & Norgaard LLC**, attorneys for Secured Creditor, and that on the date set forth hereon electronically filed with the United States Bankruptcy Court's Case Management/Electronic Case Files system for electronic service and/or deposited in a regularly maintained United States Postal Service depository, with appropriate first class postage affixed, copies of the within Notice of Appearance and Request for Service of Notices for service on:

JONATHAN STONE, ESQ.
LAW OFFICES OF JONATHAN STONE
490 SCHOOLEY'S MOUNTAIN ROAD - 3A
HACKETTSTOWN, NJ 07840-9920
**ATTORNEY FOR DEBTOR(S)**

ALBERT RUSSO, ESQ.
CN 4853
TRENTON, NJ 08650-4853
**TRUSTEE**

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: **11/15/2011**

By /s/Matthew King
Matthew King, Paralegal

File No. 11N691