Jonathan Stone, Esq./JS 2773
490 Schooley's Mountain Road – 3A
Hackettstown, NJ 07840
(908) 979-9919
Attorney for Debtor(s)

| | |
|---|---|
| In re:<br>Carmen and Madeline L. Aiello<br><br>Debtor(s). | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>THE HONORABLE MICHAEL B. KAPLAN<br><br>Chapter 13<br><br>Case No.  11-41413 (MBK) |

### CERTIFICATION OF SERVICE OF ADJOURNMENT OF MEETING OF CREDITORS

I, **Jonathan Stone**, an attorney for Carmen and Madeline L. Aiello in the above captioned matter, certify that on this 28 November 2011, I mailed by regular mail, in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Hastings Commons, Hackettstown (Washington Township), New Jersey, a copy of the annexed letter and the original Form B9I to the addresses indicated below:

United States Trustee
1 Newark Center, Suite 2100
Newark, NJ 07102

Albert C. Russo
1 AAA Drive - Suite 101
Robbinsville, NJ  08691

Carmen and Madeline L. Aiello
330 US Highway 46
Great Meadows, NJ  07838

All-American Custom Cycles, LLC
330A Route 46
Great Meadows, NJ 07838

Bank of America
PO Box 15026
Wilmington, DE 19886-5726

Bank Of America Home Loans
Po Box 5170
Simi Valley, CA 93062-5170

Bank of America Mortgage, Inc.
Kenneth D. Lewis
100 North Tryon Street
Charlotte, NC 28255

Bank of America Mortgage, Inc.
Attn: BK Department
100 North Tryon Street
Charlotte, NC 28255

Capital One
15000 Capital One Drive
Richmond, VA 23238

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

Capital One, N.a.
Po Box 85520
Richmond, VA 23285

Chase
Po Box 15298
Wilmington, DE 19850

Chase
PO Box 15298
Wilmington, DE 19850-5298

ChexSystems
7805 Hudson Road
Suite 100
Woodbury, MN 55125

Creditors Financial Group LLC
3131 South Vaughn Way Suite 110
Aurora, CO 80014

Englewood Hospital and Medical Center
350 Engle Street
Newark, NJ 07189

Equifax Credit Information Services, Inc
PO Box 740241
Atlanta, GA 30374

Experian
4 Gatehill Drive
3rd Floor
Parsippany, NJ 07054

Fulton Bank of New Jersey
176 Mountain Avenue
Hackettstown, NJ 07840

Gemb/qvc
Po Box 965005
Orlando, FL 32896

Goldman & Warshaw, PC
34 Maple Avenue Suite 101
Pine Brook, NJ 07058

Hackettstown Community Hospital
651 Willow Grove Street
Hackettstown, NJ 07840

Hackettstown Regional Medical Center
651 Willow Street
Hackettstown, NJ 07840

Hackettstown Regional Medical Center
PO Box 864
Mahwah, NJ 07430

Hackettstown Regional Medical Center
P.O. Box 864
Mahwah, NJ 07430

Home Depot Credit Services
PO Box 653000
Dallas, TX 75265-3000

Keith Aiello
22 Cemetary Road
Great Meadows, NJ 07838

Melanie R. Carrunchio
330 US Highway 46
Great Meadows, NJ 07838

Nissan Motor Acceptance Corporation
1301 Route 23 South
Butler, NJ 07405

Nissan Motor Finance Corporation
PO Box 17123
Baltimore, MD 21297-1123

Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

Portfolio Rc
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

Remex Inc
307 Wall St
Princeton, NJ 08540

Ryan Aiello
330 US Hwy 46
Great Meadows, NJ 07838

Teresa Aiello
22 Cemetary Road
Great Meadows, NJ 07838

Transunion
2 Baldwin Place
PO Box 2000
Chester, PA 19022

US Small Business Administration
Little Rock Servicing Center
2120 Riverfront Drive
Little Rock, AR 72202

Vistana Cascades Condominium Association
PO Box 22051
Lake Buena Vista, FL 32830-2051

Vistana Cascades Condominium Association
PO Box 105120
Atlanta, GA 30348-5120

JONATHAN STONE, ESQ.
490 SCHOOLEY'S MTN RD 3A
HACKETTSTOWN, NJ 07840
(908) 979-9919

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

DATED:  November 28, 2011                    /s/ Jonathan Stone
                                                              Jonathan Stone, Esq.
                                                              Attorney for Debtor(s)