# Jonathan Stone
## ATTORNEY AT LAW
### CERTIFIED PUBLIC ACCOUNTANT

November 28, 2011

    Re: Adjournment of Meeting of Creditors
       Carmen and Madeline L. Aiello
       330 US Highway 46
       Great Meadows, NJ 07838

       Case No. 11-41413 (MBK)

To Whom it May Concern:

This letter is to inform you that the Meeting of Creditors for Carmen and Madeline L. Aiello has been adjourned until January 19, 2012 at 11:00AM. The enclosed 341 includes any information you may require.

Sincerely,

*Jonathan Stone*

Jonathan Stone, Esq.

JS/mw

Enclosures

Hastings Commons • 490 Schooley's Mountain Road - Bldg. 3A • Hackettstown, NJ 07840
(908)979-9919 • Fax: (908)979-9920 • E-mail: jon@jonstonelaw.com