PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
B.500-7020

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY (TRENTON)

In re                                                                                    Bk. No. 11-41413-MBK

CARMEN LAWRENCE AIELLO
AKA
LARRY AIELLO, LAWRENCE AIELLO
AND
MADELINE MARION AIELLO
AKA
MADELINE AIELLO                                                   Chapter 13

    Debtors.                                                            REQUEST FOR SPECIAL NOTICE
_____/

    IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Bank of America, N.A., its assignees and/or successors in interest, is entitled to service or notice, also be sent to the agent for Bank of America, N.A., its assignees and/or successors in interest, addressed as follows:

        PROBER & RAPHAEL, A LAW CORPORATION
        20750 Ventura Boulevard, Suite 100
        Woodland Hills, California 91364

Dated: December 1, 2011           By /s/ Dean R. Prober
                                  DEAN R. PROBER, ESQ., CA BAR # 106207
                                  As Agent for Bank of America, N.A.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Tina Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On December 6, 2011, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Carmen Lawrence Aiello
Madeline Marion Aiello
330 US Highway 46
Great Meadows, NJ 07838
Debtors

Jonathan Stone, Esquire
Law Office of Jonathan Stone
490 Schooley's Mountain Road - 3A
Hackettstown, NJ 07840
Attorney for Debtors

Albert Russo
CN 4853
Trenton, NJ 08650
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2011, at Woodland Hills, California.

/s/ Tina Gaboyan