UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jonathan Stone, Esq. /JS 2773
490 Schooley's Mountain Road – 3A
Hackettstown, NJ 07840-4002
(908) 979-9919
Attorney for Debtor(s)

In Re:

Carmen and Madeline L. Aiello

Case No.:  11-41413 (MBK)

Hearing Date:  July 23, 2012

Hearing Time:  10:00AM

Judge:  Michael B. Kaplan

Chapter:  7

*Order Filed on 07/25/2012 by Clerk U.S. Bankruptcy Court District of New Jersey*

### ORDER PERMITTING JONATHAN STONE TO WITHDRAW AS COUNSEL FOR THE DEBTOR

The relief set forth on the following pages numbered two (2) through (2) is hereby **ORDERED**.

**DATED: 07/25/2012**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:  Carmen and Madeline L. Aiello
Case No.:  11-41413 (MBK)
Caption:  **ORDER PERMITTING JONATHAN STONE TO WITHDRAW AS COUNSEL FOR THE DEBTOR**
_____

      **THIS CAUSE** having been opened to the Court by Jonathan Stone, attorney for Carmen and Madeline L. Aiello, the Debtor herein (the "Debtor") upon his motion to withdraw as counsel pursuant to D.N.J. LBR 1001–1(a), L. Civ. R. 102.1 and R.P.C. 1.16(b); and

      **IT APPEARING** to the undersigned that this Honorable Court has jurisdiction over the parties and over the subject matter of this motion; and

      **IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said objection and that the time for filing any such objection has expired; and

      **IT FURTHER APPEARING** to the undersigned that the relief requested by the Debtor's counsel in his motion is consistent with the applicable provisions of Title 11 of the United States Code and that the Debtor's counsel has established good and sufficient cause to grant said relief; and

      **IT FURTHER APPEARING** to the undersigned that the Debtor's counsel should be relieved as counsel for the Debtor and is fully discharged from any responsibility for representing the Debtor in present or future matters, effective upon the entry of the within Order; and

      **IT IS THEREFORE SO ORDERED**.

*Approved by Judge Michael Kaplan July  25, 2012*