UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

TEICH GROH
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
Attorneys for Trustee

In Re:

CARMEN LAWRENCE & MADELINE MARION AIELLO

Case No. 11-41413-MBK

Chapter 7

Judge: Michael B. Kaplan

**ORDER DIRECTING DEBTORS TO APPEAR FOR A
2004 EXAMINATION AND RESTRAINING COLLECTION OF RENT**

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

(Page 2)
Debtor: Carmen Lawrence Aiello and Madeline Marion Aiello
Case No. 11-41413-MBK
Caption of Order: **ORDER DIRECTING DEBTORS TO APPEAR FOR A 2004 EXAMINATION AND RESTRAINING COLLECTION OF RENT**

It appearing that the Chapter 7 Trustee having served a 2004 Subpoena upon the debtors by regular mail and the debtors through their son have failed and refused to appear for the deposition and to produce any of the documents, and good and sufficient cause appearing;

IT IS hereby ORDERED as follows:

1. That the debtors shall appear for a 2004 examination at the office of the Chapter 7 Trustee, 691 State Highway 33, Trenton, New Jersey on the 1st day of NOVEMBER, 2012 at 2:00 o'clock in the afternoon for the purpose of a 2004 examination; and

2. That the debtors be and the same are hereby held in contempt for failure to appear on the originally scheduled date for the 2004 Subpoena of September 25, 2012 and failure to produce any of the documents required to be produced in the Subpoena; and

3. That the debtors shall produce on or before November 1, 2012, the documents which are required by the Trustee to determine ownership and leasehold interest in the real property in Fort Lee, New Jersey; and

4. That the debtors be and the same are hereby restrained from receiving any of the rents from the real property in Fort Lee, New Jersey pending a further Order of this Court; and

5. That the debtors shall deposit with the Trustee all of the rents in their possession, or which come into their possession from the real property in Fort Lee, New Jersey pending a further Order of this Court.