**TEICH GROH**
691 State Highway 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
Email: cknowlton@teichgroh.com
Attorneys for the Trustee
Carol L. Knowlton, Esq.

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | :CHAPTER 13 BANKRUPTCY |
| | :CASE NO.: 11-41413-MBK |
| **Carmen Lawrence Aiello and** | : |
| **Madeline Marion Aiello,** | :Judge: Michael B. Kaplan, U.S.B.J. |
| | : |
| **Debtor(s)** | : |

**CERTIFICATION OF SERVICES**

---

**Carol L. Knowlton,** of full age, hereby certifies as follows:

1. I am a member of Teich Groh, attorneys for the Chapter 7 Trustee, Barry W. Frost, and I am familiar with the facts set forth herein.

2. At the hearing conducted on March 11, 2013, the court directed that the Trustee file a Certification of Services to date. Accordingly, attached hereto as **Exhibit A** is a printout of the time entries for services rendered as attorneys for Trustee through March 31, 2013.

3. The amount of legal services is $11,544.00, with costs of $119.81, for a total of $11,663.87.

I **CERTIFY** that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 11, 2013                    _Carol L. Knowlton_
                                          Carol L. Knowlton