# TEICH GROH
Counsellors at Law
691 State Highway 33
Mercerville
Trenton, New Jersey 08619-4492
(609) 890-1500 * Fax (609) 890-6961
visit us at: www.TeichGroh.com

### April 11, 2013

Carmen Aiello
x

Invoice #    195831
Billing through March 31, 2013
Our file #    021873-000001

*Please include our file # with payment*

REGARDING:    Attorney for Trustee

| | |
|---|---:|
| Current professional services (detail follows) | $11,544.00 |
| Current expenses advanced (detail follows) | $119.81 |
| Total Current Charges | $11,663.81 |
| Payments received since last invoice | $0.00 |
| **TOTAL AMOUNT DUE** | **$11,663.81** |

### PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---:|
| 6/9/2012 | BWF | Preparation of Order, Application and Certification to Retain Counsel for Trustee; Service of Application; preparation of Proof of Service | 0.30 |
| 6/9/2012 | BWF | Correspondence to Attorney for Debtor re. Assets and real estate rental income | 0.20 |
| 6/18/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - Legal Research re. Bad Faith conversion | 1.00 |
| 6/20/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - legal research re. reconversion to Chapter 13 | 1.50 |
| 6/21/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - draft Brief in opposition to Motion to Convert to Chapter 13 | 1.80 |
| 6/21/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - Legal Research - failure to disclose and bad faith | 1.10 |
| 6/22/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - Legal Research In re Phillips and Progeny | 1.50 |
| 6/25/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - make changes to Brief in opposition to Motion to Convert | 2.50 |
| 6/25/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - Correspondence reviewed/drafted re. adjournment | 0.10 |

| 021873 | 000001 | | Invoice # 195831 | Page 2 |
|---|---|---|---|---|

| Date | Atty | Description | Hours |
|---|---|---|---|
| 6/25/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - Legal Research - 11 USC section 109 | 1.20 |
| 6/25/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - Legal Research - 11 USC section 706 | 0.80 |
| 6/26/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - Correspondence reviewed/drafted re. adjournment | 0.20 |
| 6/27/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - review of Debtor's Counsel's Motion to Withdraw as Counsel | 0.20 |
| 6/27/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - Correspondence reviewed/drafted - emails re. adjournment | 0.10 |
| 6/30/2012 | BWF | Service of Order Retaining Counsel for Trustee | 0.20 |
| 7/3/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - Correspondence reviewed/drafted - emails re. Hearing adjournments | 0.20 |
| 7/3/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - review of Court Notices re. Notice of Funds on Hand | 0.10 |
| 7/3/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - Telephone calls re. adjournments | 0.10 |
| 7/5/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - Correspondence reviewed - emails re. adjournment of Motion to Convert | 0.10 |
| 7/22/2012 | AIG | Litigation (Other than Avoidance Action Litigation) - review of file for Motion to Re-Convert | 0.30 |
| 7/23/2012 | AIG | Litigation (Other than Avoidance Action Litigation) - memo to BWF/CC - Motion to Reconvert denied | 0.10 |
| 7/23/2012 | AIG | Litigation (Other than Avoidance Action Litigation) - Court Appearance before Judge Kaplan - objection | 0.50 |
| 7/29/2012 | BWF | Service of Order Denying Motion to Convert; correspondence to Debtors re. documents; correspondence to Debtors re. rent | 0.30 |
| 8/3/2012 | BWF | Preparation of Notice of Motion, Certification and Order to Extend time to file objection; Service of Motion and preparation of Proof of Service | 0.50 |
| 8/4/2012 | BWF | Review of Order re. Trustee funds and Fulton Bank | 0.10 |
| 8/25/2012 | CLK | Case Administration - review of file re. Hearing on Monday | 0.20 |
| 8/27/2012 | CLK | Case Administration - Telephone calls - Debtor's son re. Hearing today | 0.20 |
| 8/27/2012 | CLK | Case Administration - Court Appearance before Judge Kaplan - our Motion to Extend Deadlines | 1.00 |
| 9/1/2012 | BWF | Service of Order Extending Time to objeciton to Disharge | 0.20 |
| 9/7/2012 | KFE | Case Administration - Telephone calls re. case status | 0.20 |
| 9/8/2012 | BWF | Preparation of 2004 Subpoena; correspondence to Debtor | 0.30 |
| 9/24/2012 | BWF | Telephone conversation with son of Debtor re. 2004 Exam | 0.30 |

| 021873 | 000001 | | Invoice # 195831 | Page 3 |
|---|---|---|---|---|
| 9/25/2012 | BWF | Preparation of Notice of Motion, Certification and Order to Compel Attendance and Produce documents; Service of Motion and preparation of Proof of Service | 0.60 | |
| 10/13/2012 | BWF | Review of Debtors Motion to Reconsider Motion of Deniela of conversion; preparation of draft opposition | 0.50 | |
| 10/21/2012 | AIG | Litigation (Other than Avoidance Action Litigation) - review of file for Motion to Compel Appearance | 0.30 | |
| 10/22/2012 | AIG | Travel - allocated 1/3 round trip travel Trenton | 0.20 | |
| 10/22/2012 | AIG | Litigation (Other than Avoidance Action Litigation) - Court Appearance before Judge Kaplan - Motion to Compel appearance/contempt | 0.40 | |
| 10/22/2012 | AIG | Litigation (Other than Avoidance Action Litigation) - Telephone calls to Wendy Romero (MBK) - Hearing today | 0.10 | |
| 10/29/2012 | BWF | Preparation of Complaint objection to Discharge | 0.50 | |
| 11/2/2012 | BWF | Review of Court Notice Fixing Claims Bar Date | 0.10 | |
| 11/6/2012 | BWF | Service of Summons and Complaint; objection to Discharge; preparation and file Proof of Service | 0.20 | |
| 11/9/2012 | BWF | Correspondence to Debtor with Order for 2004 Exam | 0.20 | |
| 11/17/2012 | CLK | Case Administration - review of file re. Hearing Monday | 0.40 | |
| 11/19/2012 | BWH | Court Appearance - Hearing on Motion objection for Reconsideration | 1.00 | |
| 11/23/2012 | BWF | Service of Order Denying Motion to Reconsider | 0.20 | |
| 11/27/2012 | BWF | Service of Order Denying Motion by Debtor for Reconsideration | 0.20 | |
| 11/28/2012 | BWF | Telephone conversation with Melanie Carrunchio re. documents | 0.30 | |
| 11/30/2012 | BWF | Telephone conversation with Debtor re. extension of time and status | 0.20 | |
| 12/1/2012 | BWF | Review of Motion to Convert to Chapter 13 | 0.20 | |
| 12/1/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - review of Motion to Convert case | 0.20 | |
| 12/8/2012 | BWF | Email Debtor and Attorney re. extension | 0.10 | |
| 12/11/2012 | BWF | Review of Court Notice re. Motion to Convert | 0.10 | |
| 12/11/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - draft opposition to Motion to Convert | 1.00 | |
| 12/12/2012 | AIG | Litigation (Other than Avoidance Action Litigation) - conference with KFE - Motion to re-reconvert | 0.20 | |
| 12/12/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - draft opposition to Motion to Re-Convert the case to Chapter 13 | 2.50 | |
| 12/12/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - legal research re. reconversion of Chapter 7 case | 1.70 | |
| 12/13/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - review and revise Brief in opposition to Motion to Reconvert | 2.00 | |
| 12/13/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - legal research - In Re Buccolo, 397 BR S27 (Bankr DNJ 2008) | 1.20 | |

021873    000001                                                         Invoice # 195831              Page 4

| Date | Init | Description | Hours |
|---|---|---|---|
| 12/26/2012 | BWF | Telephone conversation with Attorney for Creditor re. status and property search | 0.20 |
| 12/27/2012 | BWF | Review of email from Attorney for Fulton Bank re. real estate; Telephone conversation with Attorney | 0.20 |
| 12/30/2012 | KFE | Litigation (Other than Avoidance Action Litigation) - draft Certification of BWF, Certificate of Service, proposed Order and alternative proposed Order | 1.00 |
| 12/31/2012 | KFE | Asset Analysis & Recovery - review of file for exhibits for opposition to Motion to Convert case | 0.20 |
| 12/31/2012 | KFE | Asset Analysis & Recovery - file and serve opposition to Debtor's Motion to convert | 0.30 |
| 1/7/2013 | BWF | Appeared before Judge Kaplan on Motion to Convert | 2.00 |
| 1/8/2013 | BWF | Review of Claims Register; email Attorney for Debtor | 0.20 |
| 1/19/2013 | BWF | Review of email from Attorney for Debtor re. settlement; email reply | 0.20 |
| 1/19/2013 | BWF | Review of email from Melanie Carrunchio with enclosure; email Attorney for Debtor | 0.20 |
| 2/5/2013 | BWF | Preparation of Request to Enter Default and Default; Service of same; preparation and file Proof of Service | 0.30 |
| 2/9/2013 | BWF | Review of email from Joan Lavery re. settlement; email to Joan Lavery | 0.20 |
| 2/11/2013 | BWF | Service of Entry of Default | 0.20 |
| 2/12/2013 | BWF | Telephone conversation with Attorney for Debtor re. Adversary | 0.20 |
| 2/16/2013 | BWF | Review of email from Attorney for Debtor re. sale of gas station | 0.10 |
| 3/5/2013 | BWF | Review of Motion to Expunge Claim of Fulton Bank | 0.20 |
| 3/6/2013 | BWF | Review of Motion by Debtors to Set Aside Default | 0.20 |
| 3/8/2013 | CLK | Case Administration - review of file re. Hearing on Monday | 0.40 |
| 3/11/2013 | CLK | Case Administration - Court Appearance before Judge Kaplan - Debtor's Motion to Reconvert | 1.50 |
| 3/11/2013 | CLK | Case Administration - review of file re. email correspondence Joan Lavery told Court was sent | 0.50 |
| 3/11/2013 | CLK | Case Administration - email to Joan Lavery requesting same | 0.30 |
| 3/11/2013 | CLK | Case Administration - Office meeting with staff - BWF re. result of Hearing | 0.20 |
| 3/12/2013 | CLK | Litigation (Other than Avoidance Action Litigation) - Receipt and review two emails from Joan Lavery | 0.10 |
| 3/12/2013 | CLK | Litigation (Other than Avoidance Action Litigation) - Office meeting with staff - Caren C. re. same | 0.10 |
| 3/12/2013 | CLK | Litigation (Other than Avoidance Action Litigation) - response to Joan Lavery | 0.10 |
| 3/16/2013 | BWF | Preparation of opposition to Motion to Vacate Default | 0.30 |

**Total Professional Services**                                                    41.40          $11,544.00

021873   000001                                                           Invoice # 195831         Page 5

**EXPENSES ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 8/21/2012 | Legal Research | $109.91 |
| 10/18/2012 | Photocopy - 26 copies @ $.20 - objection to Debtors' Motion | $5.20 |
| 10/18/2012 | Postage | $1.70 |
| 11/5/2012 | Fax | $3.00 |

**Total Disbursements**                                                                       $119.81

**Recapitulation**

| Code | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| AIG | Gorski, Allen I. | 2.10 hrs @ | 400 /hr | $840.00 |
| BWF | Frost, Barry W. | 10.50 hrs @ | 400 /hr | $4,200.00 |
| BWH | Hofmeister, Brian | 1.00 hrs @ | 400 /hr | $400.00 |
| CLK | Knowlton, Carol L. | 5.00 hrs @ | 400 /hr | $2,000.00 |
| KFE | Eingorn, Kyle F. | 22.80 hrs @ | 180 /hr | $4,104.00 |
|  |  | 41.40 |  | $11,544.00 |