LAVERY & SIRKIS
Joan Sirkis Lavery, Esquire
699 Washington Street, Suite 102
Hackettstown, NJ 07840
(908) 850-6161
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN THE MATTER OF          :    CHAPTER 13
                          :
Carmen and Madeline Aiello :   CASE #11-41413/MBK
                          :
                          :
Debtor                    :

### SUBSTITUTION OF COUNSEL

The undersigned hereby consent to the substitution of Joan Sirkis Lavery, Esq., as attorney for the debtors in the above-captioned matter.

/s/ Carmen Aiello
   Carmen Aiello,
   Pro Se

/s/ Madeline Aiello
   Madeline Aiello

/s/ Joan Sirkis Lavery
Joan Sirkis Lavery
Superseding Attorney

Dated:
06/12/13