**TEICH GROH**
691 State Highway 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
Email: cknowlton@teichgroh.com
Attorneys for the Chapter 7 Trustee
Carol L. Knowlton, Esq.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | :CHAPTER 13 BANKRUPTCY |
| | :CASE NO.: 11-41413-MBK |
| Carmen Lawrence Aiello and | : |
| Madeline Marion Aiello, | :Judge: Michael B. Kaplan, U.S.B.J. |
| | : |
| Debtor(s) | :Hearing Date: August 27, 2013 @ 9:30 |

## OBJECTION TO CONFIRMATION

**Barry W. Frost**, Chapter 7 Trustee, by and through his attorneys, Teich Groh, hereby objects to the confirmation of the modified plan filed by the Debtors on June 25, 2013, on the following grounds:

1. The Plan does not provide for payment of 100% to general unsecured creditors. The Debtors sought to re-convert to a Chapter 13 because the Chapter 7 Trustee was seeking to sell their interest in unencumbered commercial real estate. It was anticipated that there would be more than enough money to pay creditors 100% of their claims.

2. The Plan is not proposed in good faith. As explained above, it should provide for 100% to unsecured creditors. Instead, it provides for a *pro rata* distribution.

3. The order allowing re-conversion also directed that a *lis pendens* be filed on the real property located at 2338 Route 4, Fort Lee, New Jersey 07024. The Plan should not be confirmed unless and until the *lis pendens* is recorded on the property.

For all of the above reasons, the undersigned, on behalf of the Chapter 7 Trustee, **Barry W. Frost**, urges the court to deny confirmation of the Debtors' Chapter 13 plan and to re-convert this matter to a Chapter 7 proceeding.

                                       **TEICH GROH**
                                       **Attorneys for Chapter 7 Trustee,**
                                       **Barry W. Frost**

Dated: July 1, 2013          By: _/s/ Carol L. Knowlton_
                                       **Carol L. Knowlton**