TEICH GROH
691 State Highway 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
Email: cknowlton@teichgroh.com
Attorneys for the Chapter 7 Trustee
Carol L. Knowlton, Esq.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE: | :CHAPTER 13 BANKRUPTCY |
| --- | --- |
|  | :CASE NO.: 11-41413-MBK |
| Carmen Lawrence Aiello and | : |
| Madeline Marion Aiello, | :Judge: Michael B. Kaplan, U.S.B.J. |
|  | : |
| Debtor(s) | : |

OBJECTION TO CONFIRMATION

**Barry W. Frost**, Chapter 7 Trustee, by and through his attorneys, Teich Groh, hereby objects to the confirmation of the modified plan filed by the Debtors on July 11, 2013 (#108 on the court docket), on the following grounds:

**1.** The Plan does not provide for payment of 100% to general unsecured creditors. The Debtors sought to re-convert to a Chapter 13 because the Chapter 7 Trustee was seeking to sell their interest in unencumbered commercial real estate. It was anticipated that there would be more than enough money to pay creditors 100% of their claims.

**2.** The Plan is not proposed in good faith. As explained above, it should provide for 100% to unsecured creditors. Instead, it provides for a *pro rata* distribution.

**3.** The Plan proposes that the Debtors' property revest upon confirmation. In light of the circumstances of this case, the property should not revest until discharge.

**4.** The order allowing re-conversion also directed that a *lis pendens* be filed on

the real property located at 2338 Route 4, Fort Lee, New Jersey 07024. The Plan should not be confirmed unless and until the *lis pendens* is recorded on the property.

For all of the above reasons, the undersigned, on behalf of the Chapter 7 Trustee, **Barry W. Frost**, urges the court to deny confirmation of the Debtors' Chapter 13 plan and to re-convert this matter to a Chapter 7 proceeding.

                                                TEICH GROH
                                                **Attorneys for Chapter 7 Trustee,**
                                                **Barry W. Frost**

Dated: July 30, 2013                  By: */s/ Carol L. Knowlton*
                                                **Carol L. Knowlton**