| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |

Albert Russo  (AR-2924)
Cn 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:


Carmen Lawrence Aiello
Madeline Marion Aiello



Debtor(s)

Order Filed on 9/17/2013 by Clerk U.S. Bankruptcy Court District of New Jersey

Chapter 13 Case No.11-41413 / MBK

Hearing Date:  08/27/2013

Honorable Michael B. Kaplan

# ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: 9/17/2013**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Carmen Lawrence Aiello and Madeline Marion Aiello
Case No.: 11-41413 / MBK
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 10/31/2011, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of 60 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

$4,033.00 PAID TO DATE

$830.00 for 38 months beginning 9/1/2013

**ORDERED** that the case is confirmed to pay 100% to general unsecured creditors.

**ORDERED**  that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

*Approved by Judge Michael Kaplan  September  17, 2013*

Page 3 of 3
Debtor: Carmen Lawrence Aiello and Madeline Marion Aiello
Case No.: 11-41413 / MBK
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is authorized to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a), in the amount filed by the post-petition claimant.

**ORDERED** that the debtor(s) must keep the Standing Trustee updated with the status of the debtor(s) personal injury claim, and any non-exempt proceeds of said claim shall be paid to the Trustee for the benefit of creditors.

**ORDERED** that the debtor(s) must keep the Standing Trustee updated with the status of the debtor(s) pending lawsuit, and any non-exempt proceeds from said lawsuit shall be paid to the Trustee for the benefit of creditors.

    **LAWSUIT DETAILS:** Aiello v. Stone

**ORDERED** as follows:
Debtor(s) shall file a lis pendens on the real property located at 2338 Route 4, Fort Lee, NJ 07024 and a filed, stamped copy of same shall be provided to the Trustee by November 1, 2013. Further, said lis pendens to remain on the property for the pendency of the bankruptcy.

*Approved by Judge Michael Kaplan  September  17, 2013*