LAVERY & SIRKIS
699 Washington Street, Suite 103
Hackettstown, NJ 07840
(908) 850-6161
Joan Sirkis Lavery, I.D. #JL4841
Attorney for Debtor, Carmen and Madeline Aiello

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| In the Matter of | Chapter 13 |
| Carmen and Madeline Aiello | |
| Debtor | BANKRUPTCY CASE #11-41413/MBK |
| | CERTIFICATION IN SUPPORT OF APPLICATION FOR FEES |

1. I, Joan Sirkis Lavery, Esq., am the attorney for the debtors in the above-captioned matter and as such am fully familiar with the facts and circumstances therein.

2. I substituted in as attorney in the above captioned case.

3. I have performed work in the amount of $8,645.00 (as per attached Exhibit A).

4. I am seeking only the standard fee of $3500.

5. $1500 has already been paid toward the Chapter 13.

6. I am seeking additional fees of $2000 to be paid through the Chapter 13 plan.

WHEREFORE, it is respectfully requested that the order for relief be denied.

I certify under penalty of perjury that the foregoing is true and correct.

                                                                                  /s/ Joan Sirkis Lavery
                                                                                      Joan Sirkis Lavery

Dated: 12/06/13