Fee App / Aiello

| Date | Description | Hours |
|---|---|---|
| 10/8/13 | Attend Motion for Aiello in Trenton MBK | 3.5 |
| 9/26/13 | Review email from Carol Knowlton | .2 |
| 9/23/13 | Prepared letter to Mr. & Mrs. Aiello | .3 |
| 9/16/13 | Prepare letter to Bank of America | .3 |
| 8/30/13 | Prepare Opposition for Aiello | 1.0 |
| 8/21/13 | Prepare fax to Barry Frost, Esq. | .3 |
| 8/21/13 | Prepare letter to Bergen county Registry Clerk | .3 |
| 8/20/13 | Prepare Notice of Lis Pendens | .3 |
| 6/28/13 | Review lease modification agreement | .2 |
| 6/25/13 | Review CMA | .2 |
| 6/25/13 | Review statement adjourning 341 | .2 |
| 6/25/13 | Prepare 341 Adjournment Request Form | .3 |
| 6/24/13 | Prepare email to Howard Schmidt | .3 |
| 6/17/13 | Prepare Pre-341 Mortgage Info Doc | .3 |
| 6/17/13 | Prepare Post-341 POI Doc | .3 |
| 6/17/13 | Prepare Pre-341 Tax Returns Doc | .3 |
| 6/17/13 | Prepare Pre 341 Misc. Docs. | .3 |
| 6/17/13 | Review letter from Real Time Resolutions | .2 |
| 6/17/13 | Review 2012 Tax Return | .2 |
| 6/13/13 | Review email from JR Zapata re: objection | .2 |
| 6/13/13 | Review email from Melanie Carrunchio | .2 |
| 6/12/13 | Review email from Bud Rockhill re: 341 | .2 |
| 6/12/13 | Prepared letter – Meeting of Creditors | .3 |
| 6/12/13 | Prepared Substitution of Counsel | .3 |

| Date | Description | Hours |
|---|---|---|
| 5/16/13 | Review email from Chapter 13 Trustee | .2 |
| 5/16/13 | Prepare Chap. 13 Plan & Motions | .5 |
| 4/16/13 | Review Unconditional Limited Guarantee | .3 |
| 3/13/13 | Prepare Debtor's Certificate Financial Management | .2 |
| 2/13/13 | Review email from Wendy Romero | .2 |
| 2/11/13 | Reviewed Entry of Default | .2 |
| 2/5/13 | Review email from Melanie Carrunchio | .2 |
| 2/1/13 | Prepare email to B. Frost | .3 |
| 1/24/13 | Review email from B. Frost | .2 |
| 1/8/13 | Meeting with client | .5 |
| 1/7/13 | Attend Motion to Convert | 3.5 |
| 1/7/13 | Review memo on hearing re-scheduled date | .2 |
| 12/13/12 | Review letter from B. Frost | .2 |
| 11/30/12 | Meeting with client | .6 |
| 11/28/12 | Prepare Certification Motion to Convert | .5 |
| 11/28/12 | Prepare letter to Mr. & Mrs. Aiello | .3 |
| 11/19/12 | Attend Motion to Reconsider Trenton MBK | 3.0 |
| 11/18/12 | Review letter from Teich Groh | .2 |
| 11/7/12 | Review letters from SVO Management | .2 |
| 11/5/12 | Prepare fax to B. Frost | .3 |
| 10/10/12 | Prepare fax Motion to Reconsider | .3 |
| 10/10/12 | Meeting with client to discuss Motion to Reconsider | 1.0 |
| 10/9/12 | Initial consultation with client | 1.2 |

|  |  |
|---|---|
| Total hours | 24.7 |
| Hourly Rate | $350.00 |
| Total Due | $8645.00 |