

Order Filed on
9/2/2014
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>LAVERY & SIRKIS, ESQUIRES<br>Joan Sirkis Lavery, Esq.<br>699 Washington Street, Suite 103<br>Hackettstown, NJ  07840<br>(908) 850-6161<br>I.D. #JL4841<br>Attorney for Debtor | |
| In Re:<br><br>Carmen L. and Madeline M. Aiello | Case No.:  11-41413/MBK<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  Michael B. Kaplan |

### ORDER TO REMAND MALPRACTICE CASE BACK TO STATE COURT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 9/2/2014**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Debtor: Carmen L. and Madeline M. Aiello

Case #11-41413

Caption of Order: Order To Remand Malpractice Case Back to State Court

---

The following order is hereby entered:

Upon consideration of debtor(s) motion for an order approving post-petition financing, it is hereby ORDERED that:

The Debtor's Motion to remand malpractice case back to State Court is hereby granted.

*Approved by Judge Michael Kaplan September 02, 2014*