UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Carmen Lawrence Aiello and Madeline Marion Aiello

Case No.: 11-41413

Hearing Date: _____

Judge: Michael B. Kaplan

Chapter: 7

Order Filed on 9/2/2014 by Clerk U.S. Bankruptcy Court District of New Jersey

Recommended Local Form: ☑ Followed    ☐ Modified

# ORDER DENYING MOTION

## TO RECONSIDER

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 9/2/2014**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____6/11_____, 20 _14_ by _Joan S. Lavery_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

*Approved by Judge Michael Kaplan  September 02, 2014*